**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7017**

CHRISTOPHER LEE,

        Plaintiff - Appellant,

    v.

VICTOR LORANTH, M.D.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  David C. Norton, District Judge. (4:12-cv-02547-DCN)

Submitted:  October 22, 2013     Decided:  October 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Lee, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lee v. Loranth, No. 4:12-cv-02547-DCN (D.S.C. June 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED